USDC SCAN INDEX SHEET



LINEUP

TLW

3

95659

CV

26

O.

AMENDOLA

AIG INSURANCE CO

AO 450 Judgment in a Civil Case

**FILED**

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

APR 1 9 1996

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP

ROBIN S. AMENDOLA
### V.

## JUDGMENT IN A CIVIL CASE

A.I.F. INSURANCE CO, SHARP HEALTHCARE,
AND DOES 1 THRU 100

**CASE NUMBER:**   95-659 S (CM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE MOTION FOR SUMMARY JUDGMENT IS GRANTED. ACCORDINGLY, PLAINTIFF'S STATE LAW CLAIMS FOR BREACH OF CONTRACT, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, FRAUD AND PUNITIVE DAMAGES ARE DISMISSED. PLAINTIFF SHALL HAVE TEN DAYS FROM THE DATE THIS ORDER IS ENTERED IN WHICH TO FILE AND SERVE AN AMENDED COMPLAINT STATING APPROPRIATE CLAIMS FOR RELIEF UNDER ERISA----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

| April 19, 1996 | Roberta Westdal |
|---|---|
| Date | Clerk |
| | Tisha Weisbeck |
| | (By) Deputy Clerk |
| | ENTERED ON April 19, 1996 |

(Re-mailed 4/29/96)

27